# In the United States District Court for the Southern District of Georgia Savannah Division

JOSHUA ESRA,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, MERRICK BANK, and SYNCHRONY BANK,

    Defendants.

CV 425-081

## ORDER

Before the Court is Plaintiff's notice of voluntary dismissal, dkt. no. 22, wherein Plaintiff states he wishes to dismiss, without prejudice, his claims against Defendant Synchrony Bank. Synchrony Bank having filed no answer or motion for summary judgment, the notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the Clerk is **DIRECTED** to terminate Synchrony Bank as a Defendant in this action. Each party shall bear its own fees and costs. Plaintiff's claims against Equifax Information Services, LLC, and Merrick Bank remain pending.

**SO ORDERED**, this \_\_11\_\_ day of August, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA